**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**J & J SPORTS PRODUCTIONS, INC.,**

    **Plaintiff,**

-vs-                Case No. 6:09-cv-1501-Orl-31DAB

**JACQUELINE M. PIMENTEL, SABOR DEL CARIBE, INC.,**

    **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 13) filed November 6, 2009.

On December 4, 2009, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The clerk is directed to enter judgment in favor of the Plaintiff J & J Productions, Inc., against the Defendants Jacqueline M. Pimentel and Sabor Del Caribe, Inc., jointly and severally, in the total amount of $5,935.50 ($4,000.00 in damages and $1,935.50 in attorney's fees and costs). The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of December, 2009.

Copies furnished to:
Counsel of Record
Unrepresented Party

                GREGORY A. PRESNELL
                UNITED STATES DISTRICT JUDGE